**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 172 WAL 2023

            Respondent   :

            :    Petition for Allowance of Appeal

            :    from the Order of the Superior Court

        v.           :

            :

LARRY BENEFIELD FASON,            :

            :

            Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.

     The Commonwealth's "Application for Leave to File a No Merit Response Letter Nunc Pro Tunc" is **DENIED** as moot.